IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20596
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LATRICE ROMAR,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-102-1
- - - - - - - - - -

February 10, 1999

Before DAVIS, DUHE', and PARKER, Circuit Judges.

PER CURIAM:[*]

Latrice R. Romar appeals the sentence imposed after she pleaded guilty to conspiracy to possess with intent to distribute cocaine base. Although the district court departed below the range recommended by the United States Sentencing Guidelines in imposing sentence, Romar argues that the court erred in refusing to sentence her to lower than the statutory minimum based upon her argument of "sentencing entrapment." We find that the district court did not err in calculating the drug quantity

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

involved in the offense.  See United States v. Tremelling, 43 F.3d 148, 150-151 (5th Cir. 1995).

AFFIRMED.